ACCEPTED
01-15-00409-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00409-CR

IN THE

COURT OF APPEALS FOR THE FIRST SUPREME JUDICIAL DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 8:00:00 AM
CHRISTOPHER A. PRINE
Clerk

AT HOUSTON

..................................................................................................

TRIAL COURT NO. 1299015

IN THE 209TH DISTRICT COURT

OF HARRIS COUNTY, TEXAS

..................................................................................................

CURTIS SYLVESTER BABERS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

..................................................................................................

APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

..................................................................................................

Charles Hinton
P.O. Box 53719
Houston, Texas 77052-3719
832-603-1330
chashinton@sbcglobal.net
SBOT #09709800
Attorney for Appellant

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS

FOR THE FIRST SUPREME JUDICIAL DISTRICT:

Comes now appellant, Curtis Sylvester Babers, pursuant to TEX. R. APP. PROC. 10.5(b) and 38.6 and moves the Court for an extension of time to file appellant's brief, and in support shows the following:

(A) the deadline for filing appellant's brief is October 28, 2015.

(B) the length of the extension sought is until November 16, 2015.

(C) the facts relied upon to reasonably explain the need for an extension are:

Appellant's attorney has been preparing for jury trial in the following cases in the 209th District Court:

1. The State of Texas vs. Marvin Windom, cause numbers 1342650 (Aggravated Assault-habitual indictment) and 1342651 (burglary of a habitation-habitual indictment), set for jury trial the week of October 5, 2015. The cases were disposed of by way of a plea bargain on October 9, 2015 in the Impact Court.

2. The State of Texas vs. Russell Loge, cause number 1181851 (aggravated sexual assault of a child), set for jury trial the week of October 19, 2015. The case was reset to November 2, 2015.

3. The State of Texas vs. Jaquan Bogany, cause number 1361283 (murder), set for jury trial the week of October 19, 2015. The case has been carried to Monday, October 26, 2015. Both the State and the Defense were informed by the Court that our case will start trial on that date in the Impact Court,

4. The State of Texas vs. Alexander Ascencio, cause number 1302016 (aggravated sexual assault of a child), set for jury trial the week of November 9, 2015 in the Impact Court.

5. The State of Texas vs. John Davis, cause number 1364895 (aggravated sexual assault of a child), set for jury trial the week of November 9, 2015 in Impact Court.

(D) Two previous extensions has been granted.

Wherefore, undersigned counsel prays this honorable court to extend the time for filing appellant's brief until November 16, 2015.

Respectfully submitted,

/s/Charles Hinton
Charles Hinton
P.O. Box 53719
Houston, Texas 77052-3719
832-603-1330
chashinton@sbcglobal.net
SBOT #09709800
Attorney for Appellant

CERTIFICATE OF SERVICE

I certify that a copy of this motion has been electronically served upon Alan Curry, Chief Prosecutor, Appellate Division, Harris County District Attorney's Office, 1201 Franklin St., Ste. 600, Houston, Texas 77002 on October 25, 2015.

/s/Charles Hinton
Charles Hinton

CERTIFICATE OF COMPLIANCE

Appellant certifies that the word count of this document is 479.

/s/Charles Hinton
Charles Hinton